IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

AUG 16 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AUBREY McDANIELS                :        CIVIL ACTION

v.                              :

MICHAEL W. HARLOW, et al.        :        NO. 10-2980

ORDER

AND NOW, this  8th  day of  FEBRUARY , 2010, upon

consideration of the submissions of Aubrey McDaniels filed December 10, 2009 (Doc. 12), to the

extent that such submissions were filed in support of a request that the Court find that McDaniels

has exhausted state court remedies on the habeas claims raised in his previous habeas petition

dismissed February 11, 2009, and after review of the Report and Recommendation of United

States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

  1.  The Report and Recommendation is APPROVED and ADOPTED;

  2.  Petitioner's request is DISMISSED without prejudice to McDaniels filing a

habeas petition in the appropriate court upon exhaustion of state court remedies.

BY THE COURT:

RONALD L. BUCKWALTER, J.