IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JAN 19 2011

AUBREY McDANIELS : CIVIL ACTION
:
v. :
:
MICHAEL W. HARLOW, et al. : NO. 10-2980

ORDER

AND NOW, this 18th day of January, 2011, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and Respondents' Motion to Transfer for Improper Venue and for an Extension of Time to Respond to Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. Respondents' Motion to Transfer and for an Extension of Time to Respond is GRANTED;

    3. The case is TRANSFERRED to the United States District Court for the Western District of Pennsylvania;

    4. The Clerk of Court is directed to forward all records and documents of this case to the Clerk of Court for the United States District Court for the Western District of Pennsylvania.

ENTERED
JAN 19 2011
CLERK OF COURT

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.